```
                  UNITED STATES DISTRICT COURT
                  SOUTHERN DISTRICT OF FLORIDA

                  CASE NO. 16-81748-CIV-ZLOCH
```

JAMES MEARS,

       Plaintiff,                **FINAL ORDER OF DISMISSAL**

vs.

DUNE DOG RESTAURANTS, INC. and
SAWFISH BAY CENTRE, LLC,

       Defendants.
_____/

    THIS MATTER is before the Court upon the Joint Stipulation To Approve Consent Decree And To Dismiss Defendants With Prejudice (DE 19) filed herein by all Parties. The Court has carefully reviewed said Stipulation, the entire court file and is otherwise fully advised in the premises.

    Accordingly, after due consideration, it is

    **ORDERED AND ADJUDGED** as follows:

    1. The Parties' Joint Stipulation To Approve Consent Decree And To Dismiss Defendants With Prejudice (DE 10) be and the same is hereby approved, adopted, and ratified by the Court;

    2. The above-styled cause be and the same is hereby **DISMISSED** with prejudice, each party to bear their respective attorneys' fees and costs;

    3. The Court reserves jurisdiction solely for the purpose of enforcing the terms of the Parties' Consent Decree (DE 10-1); and

    4. To the extent not otherwise disposed of herein, all pending motions are hereby **DENIED** as moot.

    **DONE AND ORDERED** in Chambers at Fort Lauderdale, Broward County, Florida, this \_\_\_14th\_\_\_ day of July, 2017.



                           WILLIAM J. ZLOCH
                           Sr. United States District Judge

Copies furnished:
All Counsel of Record